**Florene A. FRANCO, Petitioner,**

v.

**DEPARTMENT OF the INTERIOR, Respondent.**

No. 2007–3128.

United States Court of Appeals,
Federal Circuit.

March 13, 2008.

ON MOTION

*ORDER*

Upon consideration of Florene A. Franco.'s motion to voluntarily withdraw her petitioner for review,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.